IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

**Civil Action No. 04-CV-00808-MJW-BNB**

ALBERTO ALICEA,

Plaintiff(s),

v.

UNITED STATES OF AMERICA,

Defendant(s).

---

TRIAL PROCEDURES ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE**

The following procedures and orders supplement the Federal Rules of Civil Procedure and the local rules of this court. In order to fairly and efficiently try the merits of each case, the following ORDERS apply.

**Final Trial Preparation Conference with Trial Magistrate Judge**

1. The parties shall exchange their pre-marked exhibits on the date set forth in the final pretrial order. Plaintiff shall use numbers and Defendant shall use letters. Two paper copies of exhibit lists and witness lists shall be provided to the court at the final trial preparation conference. Stipulations as to authenticity and admissibility shall be set forth on the exhibit lists. Counsel shall be prepared to stipulate to the admissibility of exhibits at the final trial preparation conference.

2. Prior to trial, the parties shall decide upon joint exhibits and thus avoid duplication of exhibits, and shall stipulate to the authenticity and admissibility of as many exhibits as is possible. If the parties agree on joint exhibits, two paper copies of a joint exhibit list shall be provided at the final trial preparation conference. In addition, the joint exhibits shall be submitted to the Court on a disc in WordPerfect Format, and by e-mail attachment (in WordPerfect format) to Watanabe_Chambers@cod.uscourts.gov.

3. Each party shall provide, at the final trial preparation conference, one original and one copy of objections to exhibits. The objections shall state in a clear and concise fashion the evidentiary grounds for the objection and the legal authority

supporting such objection. If the authority is a Federal Rule of Evidence, the rule shall be cited; if the authority is case law, a copy of the case shall be provided to the court.

4. At the final trial preparation conference, counsel shall provide their final witness lists, in paper, with an estimate of the direct examination testimony time. Each witness designated as a "will call" witness shall be counsel's representation, upon which opposing counsel can rely, that the witness will be present and available for testimony at trial.

5. Video-taped deposition testimony. In the event videotaped deposition testimony will be used, opposing counsel must be given ten days notice prior to the final trial preparation conference. Any objections to the testimony must be marked on a copy of the transcript and provided to the court at the final trial preparation conference. Objections to videotaped testimony will be ruled on prior to trial to allow for editing of the tape to be presented to the jury.

6. Any stipulated amendments to the pretrial order are to be presented at the final trial preparation conference.

7. Motions in limine shall be submitted to the Court no later than December 1, 2005. Counsel are advised that motions in limine are discouraged.

**Prior to Trial**

1. No later than **thirty (30) days before trial**, counsel shall notify my courtroom deputy of any need for special accommodation for any attorney, party or witness, any need for technological equipment, such as videoconferencing, or equipment needed for the presentation of evidence using CDRom or other electronic presentation of evidence.

2. For **trials to a jury**, voir dire questions and proposed instructions and proposed verdict forms are due to the court five (5) business days prior to the trial date. Counsel shall submit to the **trial magistrate judge's chambers** two versions of proposed substantive jury instructions, one with sources of authority and one without. Counsel shall submit instructions as WordPerfect attachments by e-mail to Watanabe_Chambers@cod.uscourts.gov, with the case number and "Proposed Jury Instructions" in the subject line, and on a disc compatible with WordPerfect 9.0. Counsel are to agree and submit one set of proposed stock instructions with the portions citing the authority electronically or manually highlighted. Each instruction to the jury shall be saved as an individual file.

3. For **trials to the court**, counsel shall file their Proposed Findings of Fact and Conclusions of Law (in PDF format) <u>AND</u> submit them as an e-mail attachment that is compatible with WordPerfect 9.0, to Watanabe_Chambers@cod.uscourts.gov, with the case number and "Proposed Findings of Fact and Conclusions of Law" in the subject

line, at least **five (5) business days prior to trial**.

4. Any trial briefs shall be filed (in PDF format) AND submitted as an e-mail attachment that is compatible with WordPerfect 9.0, to Watanabe_Chambers@cod.uscourts.gov, with the case number and "Trial Brief" in the subject line, no later than **five (5) business days prior to trial**.

5. Pursuant to Local Rule 54.2, in order to avoid the assessment of jury costs, counsel must notify the court clerk and the trial judge's chambers of a settlement before twelve o'clock noon on the last business day before the scheduled trial date.

6. Regarding deposition testimony, counsel shall advise each other of the proposed deposition testimony offer by page and line reference so that opposing counsel can prepare objections and offer additional portions of the transcript. The court will not provide a person to read the answers.

**First Day of Trial**

1. Provide three (3) copies of the witness list to the courtroom deputy and one to opposing counsel.

2. Submit the exhibit list and three (3) copies to the courtroom deputy and one to opposing counsel.

3. Original exhibits, properly marked and filed in one or more notebooks shall be given to the courtroom deputy. Similar notebooks with exhibit copies shall be provided to the court and to opposing counsel. Exhibits with more than one page shall have each page numbered.

4. Regarding copies of exhibits for jurors, each party may provide notebooks for juror exhibits. Those exhibits which have been stipulated to may be placed in the jurors' notebooks prior to trial. Additional exhibits may be published to the jury for placement in juror notebooks following the exhibit's admission into evidence at trial.

5. Counsel shall submit a list of any stipulated facts and one copy.

**General Information**

1. My courtroom deputy, Shelley Moore, can be reached at 303-335-2091. Any questions concerning exhibits or courtroom equipment may be directed to her. The proceedings will be digitally recorded. Any request for transcripts should be directed to the courtroom deputy or Avery Reporting at (303) 825-6119. Extraordinary requests, such as for daily copy should be made at least 30 days in advance of the trial date.

2. My secretary, Darlene Noakes, can be reached at (303) 844-2403.

3. My law clerk, Alison Andrews, may speak to counsel only pursuant to my specific directions. Please do not call the law clerk about procedural or scheduling matters.

4. At trial, all parties and witnesses shall be addressed as “Mr.”, “Mrs.”, “Ms.”, “Dr.”, etc. Informal references are not authorized except when children are testifying.

5. In jury trials, instructions are given prior to closing arguments. Written instructions will be given to the jury.

6. A three (3) day court trial is set on November 7, 2005, at 8:30 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. A Trial Preparation Conference is set on October 27, 2005, at 10:00 a.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 4th day of August, 2005.

BY THE COURT:

s/Michael J. Watanabe
Michael J. Watanabe
United States Magistrate Judge