**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  04-cv-00808-MJW-BNB

ALBERTO ALICEA,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

---

**ORDER GRANTING STIPULATED MOTION TO DISMISS
(DN 26)**

---

THIS MATTER having come before the Court on a stipulated motion to dismiss indicating the parties have settled this case, and the Court having considered said motion, it is hereby;

ORDERED that this matter is dismissed with prejudice, the parties to pay their own costs, the Court retaining jurisdiction to enforce the terms of the Stipulation for Compromise Settlement, if necessary.

DATED THIS 1ST DAY OF NOVEMBER, 2005.

                                      BY THE COURT:

                                      s/ Michael J. Watanabe
                                      Michael J. Watanabe
                                      United States Magistrate Judge